Law Offices of Philippa Lauben
Philippa Lauben, #186153
1095 Stafford Way, Suite H
Yuba City, California 95991
916-835-3065
916-259-4141 Facsimile
plauben@wavecable.com

Attorney for Debtor
MARTY WAYNE DONOHUE

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

--oOo--

In re:

MARTY WAYNE DONOHUE

    Debtor
_____/
PETER C. BRONSON
CAROLYN P. BRONSON

    Plaintiffs,

MARTY WAYNE. DONOHUE

    Defendant            /

Case #09-20986-C-7

Ad. Pro. No. 09-02241-C

**ANSWER TO COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT**

[11 U.S.C. §§ 523(a)(2),(6) 727((a)(2). (3) and 727(c)(1)]

    In answer to plaintiffs' complaint, debtor/defendant, MARTY WAYNE DONOHUE, (hereinafter referred to as "Defendant") admits, denies, and alleges as follows:

    Defendant denies both generally and specifically, each and every allegation of plaintiffs' complaint and further denies that plaintiff has suffered damage or sustained loss, in the sum or

sums alleged or in any other sum. This general denial to the Complaint is filed without prejudice to defendant's separate and individual right to file an amended answer, including affirmative defenses, and to file cross-complaints after concluding discovery.

For further answer and separate affirmative defenses to plaintiffs' complaint, defendant alleges:

## FIRST AFFIRMATIVE DEFENSE

As a first, separate and distinct affirmative defense, this answering Defendant alleges that the Complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

As a second, separate and distinct affirmative defense, this answering Defendant alleges that the causes of action set forth in the Complaint are each barred by the applicable statutes of limitation.

## THIRD AFFIRMATIVE DEFENSE

As a third, separate and distinct affirmative defense, this answering Defendant alleges that Plaintiff has waived and is otherwise estopped from pursuing the allegations contained in its Complaint.

## FOURTH AFFIRMATIVE DEFENSE

As a fourth, separate and distinct affirmative defense, this answering Defendant alleges that Plaintiff has unclean hands with respect to the transactions alleged in the Complaint, and therefore, is barred from maintaining said Complaint.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth, separate and distinct affirmative defense, this answering Defendant alleges that the Complaint is vague, uncertain, and unintelligible with regard to the answering Defendants.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges, that at all times mentioned herein, Plaintiff was negligent, careless and reckless, and unlawfully conducted itself so as to directly and proximately contribute to the happenings of the incident and the occurrence of its claimed damages, all of which said negligence either bars completely, or partially, damages sought herein.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges, that the Plaintiff has engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of contract, negligence, or any other alleged wrongful conduct, if any, as set forth in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

As an eighth, separate and distinct affirmative defense, this answering Defendant is informed and believes, and thereon alleges, that the injuries and damages of which the Plaintiff complains were proximately caused or contributed to by the acts of other Defendants, persons and/or entities, and that said acts were an intervening and superseding cause of damages, if any, of which the Plaintiff complains, thus barring Plaintiff any recovery against the answering Defendant.

## NINTH AFFIRMATIVE DEFENSE

As a ninth, separate and distinct affirmative defense, this answering Defendant alleges that any failure to perform the obligations described in the Complaint were a result of Plaintiff's failure to comply with the terms of the alleged contract and that performance on Plaintiff's part of any

obligation was a condition precedent to or concurrent condition with the performance of Defendant's obligations, and as a result of Plaintiff's failure and refusal to perform the obligations, the alleged contract was rescinded.

## TENTH AFFIRMATIVE DEFENSE

As a tenth, separate and distinct affirmative defense, this answering Defendant reserves the right to raise additional affirmative defenses at trial depending on new facts or legal authority which may be divulged during the pendency of this action.

## ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh, separate and distinct affirmative defense, this answering Defendant alleges that at all times relevant, this answering Defendant acted reasonably and exercised good faith.

## TWELFTH AFFIRMATIVE DEFENSE

As a twelfth, separate and distinct affirmative defense, this answering Defendant alleges that Plaintiff failed to notify this answering Defendant of the alleged default or liability within a reasonable time.

WHEREFORE, having generally denied plaintiffs' complaint and having alleged affirmative defenses, defendant MARTY WAYNE DONOHUE, prays:

1. That Plaintiffs take nothing by his Complaint;
2. For judgment and dismissal of all claims;
3. For defendants costs, including reasonable attorney's fees;
4. That the claims be deemed dischargeable;
5. That the Defendant's discharge is entered.
6. For such other and further relief as the Court may deem proper.

Dated: May 19, 2009

Philippa Lauben, Attorney at Law

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

The undersigned declares as follows:

That I am a citizen of the United States, over the age of 18 years, and not a party to the within cause. My business address is 1095 Stafford Way, Suite H, Yuba City, Ca 95991.

That on May 21, 2009, I served the Answer to Complaint to Determine Dischargeability of Debt by depositing a true copy thereof enclosed in a sealed envelope with the postage thereon full prepaid, in the United States mail at Yuba City, CA 95991. Addressed as follows:

U.S. TRUSTEE
501 I STREET #7-500
SACRAMENTO, CA 95814

Peter Bronson
LAW OFFICE O PETER C. BRONSON
400 Capitol Mall, 11th Floor
Sacramento, Ca 95814

F. Ryan Lucksinger
P.O. Box 1257
Rocklin, CA 95677

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Yuba City, California.

_____
DECLARANT