FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D26

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title:** | Bronson et al v. Donohue | Case No: | 09-20986 - C - 7 |
| | | Adv No: | 09-02241 - C |
| | | Date: | 3/16/2010 |
| | | Time: | 1:30 |

**Matter:** [1] - (41 (Objection / revocation of discharge - 727(c),(d),(e)), (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury))) : Complaint 09-02241 by Peter C. Bronson, Carolyn P. Bronson against Marty Wayne Donohue. Fee $250 (rals) Modified on 4/28/2009 (lpas).

**Judge:** Christopher M. Klein
**Courtroom Deputy:** Teresa Jackson
**Reporter:** Diamond Reporters
**Department:** C

**APPEARANCES for:**
**Movant(s):**
   Plaintiff's Attorney - Peter C. Bronson
**Respondent(s):**
   Defendant's Attorney - Philippa Lauben

## CIVIL MINUTE ORDER

IT IS ORDERED as follows: A trial will be held on May 27, 2010 at 9:30 a.m. before the Honorable Christopher M. Klein, Courtroom No. 35, 6th Floor, United States Bankruptcy Court, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that adversary number 09-2265-C and 09-2241-C are consolidated for purposes of trial.

The pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3), as well as the additional materials required by Local Bankruptcy Rule 9017-1 (alternate direct testimony declarations and marked exhibits) are due by the following dates:

Plaintiff: May 12, 2010

Defendant: May 19, 2010

Trial one (1) day.

Trial proceeding on liability issues only (no damages).

The attention of the parties is invited to the waiver-of-objection provisions of Federal Rule of Civil Procedure 26(a)(3)(B).

Prior to the date set for trial, each party shall deliver to the courtroom deputy for Department C (not filed with the clerk) the original and two copies, with proof of service upon each adverse party, of all documents and other items of evidence proposed to be identified and introduced, together with a cover page consisting of an index of said documents and items of evidence. Plaintiff will mark and separate with tabs its documents 1", 2", and following. Defendant will mark and separate with tabs its documents A, B, and following.

Dated: March 22, 2010

United States Bankruptcy Judge

Trial briefs are optional, however, any trial brief shall be filed and served not less than two (2) court days before trial.

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Ryan Lucksinger
PO Box 1257
Rocklin, CA 95677

Peter Bronson
770 L Street, Suite 950
Sacramento, CA 95814

Philippa Lauben
1095 Stafford Way #H
Yuba City, CA 95991