UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| In re:<br><br>MARTY WAYNE DONOHUE,<br><br>                Debtor(s).<br><br>PETER C. BRONSON and CAROLYN P. BRONSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARTY WAYNE DONOHUE,<br><br>    Defendant(s). | Case No. 09-20986-C-7<br><br>Adversary No. 09-2241<br>(consolidated with 09-2265) |

## JUDGMENT

This action came on for hearing before the court, the Honorable Christopher M. Klein presiding. The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the objection to discharge is SUSTAINED and DISCHARGE IS DENIED pursuant to 11 U.S.C. § 727(a)(3).

IT IS FURTHER ORDERED AND ADJUDGED that all other counts are dismissed without prejudice to establishing liability and damages in a non-bankruptcy forum of competent jurisdiction.

Dated: August 2, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

1
        On the date indicated below, I served a true and
2 correct copy(ies) of the attached document by placing said
copy(ies) in a postage paid envelope addressed to the person(s)
3 hereinafter listed and by depositing said envelope in the United
States mail or by placing said copy(ies) into an interoffice
4 delivery receptacle located in the Clerk's Office.

5
Peter C. Bronson
6 400 Capitol Mall 11th Fl
Sacramento, CA 95814
7
Philippa Lauben
8 2721 Westview Dr
Lincoln, CA 95648
9

10

11 Dated: 8·4·10

12 _____
DEPUTY CLERK
13 Jennifer Jahnsen

- 2 -