FILED
August 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002869757

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben   (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone   (916) 835-3065
Facsimile     (916) 259-4118
plauben@wavecable.com

Attorney for Debtor/Defendant
MARTY DONOHUE


**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110
Attorney for Carolyn Bronson and Peter Bronson

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>        Debtors.<br>_____<br><br>PETER C. BRONSON and CAROLYN P. BRONSON,<br><br>        Plaintiffs,<br><br>        vs.<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>        Defendant | Case No.:  09-20986-C-7 and 09-21354-C-7<br><br>Adv. No. 09-02241-C and 09-2265-C<br>Chapter 7<br><br>DEFENDANT MARTY WAYNE DONOHUE'S NOTICE OF APPEAL |

The Defendant, Marty Wayne Donohue, hereby appeals to the United States Bankruptcy Appellate Panel for the Ninth Circuit for the following orders of the United States Bankruptcy Court for the Eastern District of California:

1. The sustaining of the objection to discharge pursuant to 11 U.S.C. Section 727(a)(3).

Copies of this notice are being served on all counsel of record through the Bankruptcy Courts Electronic Filing System.

Dated this 20th Day of August

/s/ *Philippa Lauben*
Philippa Lauben
Attorney for Debtor/Defendant

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben  (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone  (916) 835-3065
Facsimile  (916) 259-4118

**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110