

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

FILED
08/24/10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re   Marty Wayne Donohue     )
                                )
                                )
                                )
                                )
         Debtor(s)              )   Bankruptcy Case No.   09-20986-C-7
                                )
    Peter C. Bronson             )   Adversary Proceeding No. 09-02241-C
    Carolyn P. Bronson           )
         Plaintiff(s),           )   Motion Control No.  N/A
vs.                             )
    Marty Wayne Donohue          )
                                )
         Defendant(s)            )

## NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 08/24/10

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

BY: _____
Deputy Clerk
R. Lopez

EDC 5-563 (Rev.1/30/06)

43

FILED
August 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002869757

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone (916) 835-3065
Facsimile (916) 259-4118
plauben@wavecable.com

Attorney for Debtor/Defendant
MARTY DONOHUE

**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110
Attorney for Carolyn Bronson and Peter Bronson

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>Debtors.<br><br>――――――――――――――――<br><br>PETER C. BRONSON and CAROLYN P. BRONSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>Defendant | Case No.: 09-20986-C-7 and 09-21354-C-7<br><br>Adv. No. 09-02241-C and 09-2265-C<br>Chapter 7<br><br>DEFENDANT MARTY WAYNE DONOHUE'S NOTICE OF APPEAL |

Defendant's NOTICE OF APPEAL - 1

The Defendant, Marty Wayne Donohue, hereby appeals to the United States Bankruptcy Appellate Panel for the Ninth Circuit for the following orders of the United States Bankruptcy Court for the Eastern District of California:

1. The sustaining of the objection to discharge pursuant to 11 U.S.C. Section 727(a)(3).

Copies of this notice are being served on all counsel of record through the Bankruptcy Courts Electronic Filing System.

Dated this 20th Day of August

/s/ *Philippa Lauben*
Philippa Lauben
Attorney for Debtor/Defendant

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone (916) 835-3065
Facsimile (916) 259-4118

**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110

FILED
August 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002874027

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone  (916) 835-3065
Facsimile  (916) 259-4118
plauben@wavecable.com

Attorney for Debtor/Defendant
MARTY DONOHUE


**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110
Attorney for Carolyn Bronson and Peter Bronson

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

MARTY WAYNE DONOHUE, an individual,

MICHAEL DONOHUE, an individual,

Debtors.

PETER C. BRONSON and CAROLYN P. BRONSON,

Plaintiffs,

vs.

MARTY WAYNE DONOHUE, an individual,

MICHAEL DONOHUE, an individual,

Defendant

Case No.: 09-20986-C-7 and 09-21354-C-7

Adv. No. 09-02241-C and 09-2265-C
Chapter 7

MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

//

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Comes Now debtor, Marty Wayne Donohue, through undersigned counsel, and pursuant to F.R.B.P. 9006(b) and 8002(c)(2), respectfully moves this Honorable Court for an enlargement of time to file her notice of appeal pursuant to F.R.B.P. 8002(c)(2). As further grounds for this Motion, the debtor states as follows:

1. On August 2, 2010 this Court entered an order denying debtor's request for discharge pursuant to 11 USC Section 727(a)(3).

2. Pursuant to B.R. 8002(a), debtor had 14 days, or until August 18, 2010, to file a notice appealing the August 2nd order.

3. Unfortunately, in computing the time for filing the foregoing notice, a paralegal in undersigned's office made a counting error, computing the deadline as August 24, 2010, 14 COURT days rather than 14 Calendar days, when it was actually August 18, 2010. See Affidavit of Nila Zumbrum.

4. On August 20, 2010, undersigned discovered this mistake, and immediately prepared and filed the notice of appeal that same day. At that point, the appeal was two days late.

5. Pursuant to F.R.B.P. 8002(c)(2), this Court has discretion to forgive a late filed notice of appeal if such belatedness was due to excusable neglect, and if the motion for extension of time is filed within 21 days after the expiration of the appeal deadline. See Id. ("A request to extend the time for filing a notice of appeal must be made by written motion filed before the time for filing a notice of appeal has expired, except

that such a motion filed not later than 21 days after the expiration of the time for filing a notice of appeal may be granted upon a showing of excusable neglect...")

6. As set forth above, in the instant matter the appeal was filed two days late as a result of an inadvertent clerical error. As soon as this mistake was discovered, undersigned acted with dispatch to mitigate the situation, filing the notice of appeal immediately; and filing this motion for extension one business day thereafter.

7. In light of the foregoing, in the interests of justice, this Court should exercise its discretion under F.R.B.P. 8002(c)(2) to grant an extension of time, retroactive to August 20, 2010, for the filing of this notice of appeal.

Respectfully submitted,


/S/

Law Office of Philippa Lauben   SBN186153
2721 Westview Drive
Lincoln, Ca 95648
(916) 835-3065  Fax (916) 259-4118
plauben@wavecable.com

```
 1  LAW OFFICE OF PHILIPPA LAUBEN
    Philippa Lauben  (SBN: 186153)
 2  1095 Stafford Way, Suite H
    Yuba City, California 95991
 3  Telephone   (916) 835-3065
    Facsimile    (916) 259-4118
 4  plauben@wavecable.com

 5  Attorney for Debtor/Defendant
    MARTY DONOHUE
 6
    **Peter C. Bronson**
 7  770 L Street, Suite 950
    Sacramento, CA 95814
 8  916-444-1110
    Attorney for Carolyn Bronson and Peter Bronson
 9
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>Debtors.<br>___<br>PETER C. BRONSON and CAROLYN P. BRONSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTY WAYNE DONOHUE, an individual,<br><br>MICHAEL DONOHUE, an individual,<br><br>Defendant | Case No.: 09-20986-C-7 and 09-21354-C-7<br><br>Adv. No. 09-02241-C and 09-2265-C<br>Chapter 7<br><br>DECLARATION OF NILA ZUMBRUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL |

I, Nila Zumbrum, do hereby declare as follows:

1. Per the request of Ms. Lauben, counsel for the Debtor/Defendant in this matter, I caused to be calendared the deadline for the filing of the Appeal in the above referenced matter.

2. It was understood that the time frame in question was 14days. However, I calendared the 14 days as court fays and not actual calendar days.

3. As a result the Appeal was in fact filed late.

I declare under penalty of perjury under the laws of the Stare of California that the foregoing information is true and correct to the best of my knowledge.

Executed this 23rd day of August, 2010         ___/s/_____

                                                                                     Nila Zumbrum

Philippa Lauben (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone  (916) 835-3065
Facsimile  (916) 259-4118
plauben@wavecable.com

Attorney for Debtor/Defendant
MARTY DONOHUE


**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110
Attorney for Carolyn Bronson and Peter Bronson

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

MARTY WAYNE DONOHUE, an individual,

MICHAEL DONOHUE, an individual,

Debtors.

---

PETER C. BRONSON and CAROLYN P. BRONSON,

Plaintiffs,

vs.

MARTY WAYNE DONOHUE, an individual,

MICHAEL DONOHUE, an individual,

Defendant

Case No.: 09-20986-C-7 and 09-21354-C-7

Adv. No. 09-02241-C and 09-2265-C
Chapter 7

ORDER ON MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

ORDER

Debtor's motion for extension of time for filing notice of appeal having been read and considered, good cause having been shown therefor, it is, this _____ day of _____, 2010, hereby,

ORDERED, that said motion is GRANTED, and it is further, hereby,

ORDERED, that the deadline for filing the notice of appeal is retroactively extended to August 20, 2010, and that the notice of appeal, duly filed on that date, is therefore timely.

_____
Honorable

cc:
Law Office of Philippa Lauben   SBN186153
2721 Westview Drive
Lincoln, Ca 95648
(916) 835-3065  Fax (916) 259-4118
plauben@wavecable.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August, 2010, a true copy of the foregoing motion for extension of time, accompanying affidavit, and proposed order, were forwarded via ELECTRONIC FILING to:

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben   (SBN:  186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone    (916) 835-3065
Facsimile    (916) 259-4118

**Peter C. Bronson**
770 L Street, Suite 950
Sacramento, CA 95814
916-444-1110

_____
Philippa Lauben