FILED
September 20, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002939936

LAW OFFICE OF PHILIPPA LAUBEN
Philippa Lauben (SBN: 186153)
1095 Stafford Way, Suite H
Yuba City, California 95991
Telephone (916) 835-3065
Facsimile (916) 259-4118
plauben@wavecable.com

Attorney for Appellant
MARTY DONOHUE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

MARTY WAYNE DONOHUE, an individual,

Debtor.

_____

PETER C. BRONSON and CAROLYN P. BRONSON,

Plaintiffs,

vs.

MARTY WAYNE DONOHUE, an individual,

MICHAEL DONOHUE, an individual,

Defendant

Case No.: 09-20986-C-7

Adv. No. 09-02241-C

APPELLANT MARTY DONOHUE'S DESIGNATION OF RECORD AND HEARING TRANSCRIPTS AND STATEMENT OF ISSUES ON APPEAL

I. DESIGNATION OF RECORD

Appellant hereby designates the following items from the Docket of the Bankruptcy Court, Case 09-20986 BB, and Docket Report Adversary Proceeding, Case 09-02241 to be included in the record on appeal, and request that the clerk of the court prepare and transmit the record on appeal to the United States Bankruptcy Appellate Panel, Case No. EC -10-1316

pursuant to Federal Rule of Bankruptcy Procedure 8006 and Ninth Circuit BAP Rule 8006-1, at Appellant's Expense:

Case : 09-20986

| Date | Docket | Description |
|---|---|---|
| 02/23/2009 | 26 | Report of Trustee at 341 Meeting. Continued Meeting of Creditors to be held on 3/20/2009 at 09:00 AM at Meeting Room 7-B. (maws) (Entered: 02/23/2009) |

Case: 09-02241

| Date | Docket | Description |
|---|---|---|
| 04/21/2009 | 1 | (41 (Objection / revocation of discharge - 727(c),(d),(e)), (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(68 (Dischargeability - 523(a)(6), willful and malicious injury))) : Complaint 09-02241 by Peter C. Bronson, Carolyn P. Bronson against Marty Wayne Donohue. Fee $250 (rals) Modified on 4/28/2009 (lpas). (Entered: 04/21/2009) |
| 05/20/2009 | 8 | Answer to Complaint Filed by Marty Wayne Donohue. (pdes) (Entered: 05/21/2009) |
| 07/13/2010 | 32 | Trial Brief/Memorandum Re: 1 Complaint [PCB-1] Filed by Plaintiffs Carolyn P. Bronson, Peter C. Bronson (jjas) (Entered: 07/14/2010) |

| | | |
|---|---|---|
| 07/13/2010 | 34 | Trial Brief/Memorandum Re: 1 Complaint [PL-4] Filed by Defendant Marty Wayne Donohue and Michael Donohue (jjas) (Entered: 07/14/2010) |
| 07/15/2010 – 07/21/2010 | | Transcript of Trial |
| 08/03/2010 | 38 | Judgment against Defendant Marty Wayne Donohue (jjas) (Entered: 08/04/2010) |
| 08/04/2010 | 39 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 38 Judgment against Defendant Marty Wayne Donohue (jjas) (Entered: 08/04/2010) |

II. THE TRANSCRIPTS HAVE BEEN ORDERED The Court reporting agency has been contacted and they have indicated that they provide the proof of ordering with the estimate to the Court directly.

III. STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court correctly allowed the use of testimony in its proceeding which was at the Court's discretion but overlooked the alternate direct testimony proceeding.

2. Whether the Bankruptcy Court correctly ruled on Debtors motion for a directed verdict at the end of trial.

3. Whether the Bankruptcy Court erred in finding that evidence was sufficient to rule against the Debtor.

Respectfully submitted,

/S/ Philippa Lauben

Law Office of Philippa Lauben   SBN186153
2721 Westview Drive
Lincoln, Ca 95648
(916) 835-3065  Fax (916) 259-4118
plauben@wavecable.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court by using the U.S> Bankruptcy Court CM/ECF system on September 20, 2010.

I certify that all participants in the case are registered CM/ECG users and that service will be accomplished by the Bankruptcy Court's CM/ECF system.

/S/ Philippa Lauben

Law Office of Philippa Lauben   SBN186153
2721 Westview Drive
Lincoln, Ca 95648
(916) 835-3065  Fax (916) 259-4118
plauben@wavecable.com